NELLIE M. SPAULDING, Respondent, *v.* LEONARD FIERLE et al., Appellants.

*Spaulding* v. *Fierle,* 86 Hun, 17, affirmed.
(Argued March 9, 1898; decided March 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered April

23, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George C. Miller* for appellants.

*Seward A. Simons* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.